**Order entered February 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01380-CR
No. 05-13-01381-CR

**WILSON BLUE III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F1262630-J, F12-62631-J**

## ORDER

The Court **REINSTATES** the appeals.

On January 10, 2014, we ordered the trial court to make findings regarding why the clerk's records had not been filed. On February 5, 2014, we received the clerk's records. Therefore, in the interest of expediting the appeals, we **VACATE** the January 10, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     LANA MYERS
                JUSTICE